JEFFREY M. HAMERLING (Bar No. 91532)
ERIN FRAZOR (Bar No. 251324)
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
FASTSIGNS INTERNATIONAL, INC.

**ENDORSED FILED**
SAN MATEO COUNTY

JUN 2 3 2008

Clerk of the Superior Court
By____J. Obaob____
DEPUTY CLERK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN MATEO

NORMAN GILBERT,

    Plaintiff,

v.

FASTSIGNS INTERNATIONAL, INC. and DOES 1-20, inclusive,

    Defendants.

Case No. CIV 473600

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

TO PLAINTIFF NORMAN GILBERT AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that FastSigns International, Inc., defendant in the above-entitled action, has on June 20, 2008 filed a Notice of Removal of this action in the United States District Court for the Northern District of California. A copy of the Notice of Removal is attached to this Notice, and is served and filed herewith.

Dated: June 20, 2008

DLA PIPER US LLP

By _____
JEFFREY M. HAMERLING
ERIN FRAZOR
Attorneys for Defendant
FASTSIGNS INTERNATIONAL, INC., a Texas corporation

-1-

WEST\21450764.1    NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 153 Townsend Street, Suite 800, San Francisco, California 94107-1957. On June 20, 2008, I served the within document(s):

## NOTICE OF REMOVAL OF ACTION IN FEDERAL COURT

in the following manner:

[VIA ELECTRONIC MAIL] by transmitting via electronic mail the foregoing document(s) to the e-mail address(es) set forth below on June 20, 2008.

[X] [PERSONAL SERVICE] I caused the document(s) to be delivered by hand to the person(s) at the address(es) set forth below. I delivered to an authorized courier or driver to be delivered on the same date.

[VIA U.S. MAIL] by placing in a sealed, postage prepaid envelope or package containing a true and correct copy of each document(s) above, in DLA Piper US LLP's mail room for collection, processing and delivery this same day to the United States Postal Service. I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

[FACSIMILE]: I caused the document to be transmitted by facsimile machine (415) 836-2501 on June 20, 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 836-2501, which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party in this action by placing a true and correct copy thereof enclosed in sealed envelope addressed to the parties listed below.

upon the following person(s):

Gregory M. Gentile, Esq.
Ropers Majeski Kohn Bentley
80 N. First Street
San Jose, CA 95113

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 20, 2008 at San Francisco, California.

Sonja Simmons

WEST\21451351.1

ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATE OF SERVICE