DOUGLAS W. DAL CIELO (SBN 157109)
GREGORY M. GENTILE (SBN 142424)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone:  (408) 287-6262
Facsimile:   (408) 918-4501
ddalcielo@rmkb.com
ggentile@rmkb.com

Attorneys for Plaintiff
NORMAN GILBERT

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

| | |
|---|---|
| NORMAN GILBERT,<br><br>    Plaintiff,<br><br>v.<br><br>FASTSIGNS INTERNATIONAL, INC. and DOES 1-20, inclusive,<br><br>    Defendants. | CASE NO. 3:08-CV-03043-VRW<br><br>**PLAINTIFF NORMAN GILBERT'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME FOR THE HEARING OF HIS MOTION TO REMAND; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF GREGORY M. GENTILE; PROPOSED ORDER** |

Pursuant to Civil Local Rule 6.1, Plaintiff NORMAN GILBERT ("GILBERT") hereby moves to shorten time for the hearing of his motion to remand, a copy of which is attached hereto. Said motion is made and based on exigent circumstances in that the motion to remand is inextricably tied to a temporary restraining order issued by the San Mateo County Superior Court prior to Defendant FASTSIGNS INTERNATIONAL removing this action to the Federal District Court on June 20, 2008. It is Plaintiff's position that the motion to remand should be heard on shortened time to determine if the Federal District Court has jurisdiction over this matter prior to any injunction hearing.

Given the exigent circumstances as set forth herein, it is respectfully requested that the Court shorten time for hearing of Plaintiff's motion to remand for July 10, 2008 at 2:30 p.m.

This motion is made and based on the attached Memorandum of Points and Authorities

| | |
|---|---|
| 1  and the Declaration of Gregory M. Gentile. | |
| 2  Dated:   June 30, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |

By _____
DOUGLAS W. DAL CIELO
GREGORY M. GENTILE
Attorneys for Plaintiff
NORMAN GILBERT

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

RC1/5143466.1/BL1                    -2-                    Case No. 3:08-CV-03043-VRW

NOTICE OF MOTION TO SHORTEN TIME FOR THE HEARING OF MOTION TO REMAND

```
1  DOUGLAS W. DAL CIELO (SBN 157109)
   GREGORY M. GENTILE (SBN 142424)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   50 West San Fernando Street, Suite 1400
3  San Jose, CA 95113
   Telephone:   (408) 287-6262
4  Facsimile:   (408) 918-4501
   ddalcielo@rmkb.com
5  ggentile@rmkb.com

6  Attorneys for Plaintiff
   NORMAN GILBERT
7
```

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

| | |
|---|---|
| NORMAN GILBERT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FASTSIGNS INTERNATIONAL, INC.<br>and DOES 1-20, inclusive,<br><br>　　　　Defendants. | CASE NO. 3:08-CV-03043-VRW<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF NORMAN GILBERT'S MOTION TO SHORTEN TIME FOR THE HEARING OF MOTION TO REMAND** |

　　　　Plaintiff NORMAN GILBERT ("GILBERT") filed an action in the San Mateo County Superior Court in order to obtain an injunction against FASTSIGNS INTERNATIONAL, INC., the Defendant in this matter. The Complaint seeks only injunctive and declaratory relief. No damages are sought since the dispute between the parties is governed by binding arbitration pursuant to a franchise agreement. The purpose of the TRO was to preserve the status quo pending binding arbitration. On June 11, 2008, the Superior Court granted a TRO and set a hearing on the preliminary injunction for July 11, 2008 pursuant to the parties' agreement. The parties also agreed to a briefing schedule. On June 20, 2008, Defendant removed the action to Federal District Court claiming diversity jurisdiction. Plaintiff is filing a motion to remand pursuant to 28 U.S.C. §1447(c) on the grounds that the requisite jurisdictional damages are not satisfied for this Court to have diversity jurisdiction. Since the earliest the Court can hear Plaintiff's motion to remand on its hearing calendar is September 11, 2008, Plaintiff requests that

1  the Court grant this motion shortening time to hear the motion to remand on July 10, 2008.

2  The Court's ruling on the motion to remand will affect whether this Court will hear the
3  impending request for injunctive relief or the State Court. If the Court grants the motion to
4  remand, the San Mateo County Superior Court will again have jurisdiction and will hear the
5  motion. This Court should not be burdened with an injunction hearing if it has no jurisdiction to
6  hear the injunction hearing. Nor should Plaintiff have to incur the expense of preparing for an
7  injunction hearing in Federal Court if this Court has no jurisdiction over the case. Defendant's
8  counsel is available for a hearing on July 10, 2008 for this motion to remand and has agreed to the
9  hearing on this date conditioned upon GILBERT obtaining an Order shortening time on the
10 hearing for preliminary junction so that the hearing can be heard on July 17, 2008 should the
11 Court not order remand. Plaintiff opposes the injunction hearing being set on July 10, 2008.

## LEGAL AUTHORITY

13 Civil Local Rule 7.1 provides as follows:

14 "... any written request to the court for an order must be presented
   by one of the following means:
15
   (2) A motion to enlarge or shorten time pursuant to Civil Local
16 Rule 6.1.

17 Pursuant to Civil Local Rule 6.1, a court order is required for any enlargement or
18 shortening of time that alters any event or deadline already fixed by court order or that involves
19 papers required to be filed or lodged with the court (other than an initial response to the
20 complaint). A request for a court order enlarging or shortening time may be made by written
21 stipulation pursuant to Civil Local Rule 6-2 or motion pursuant to Civil Local Rule 6.3. Any
22 stipulated request or motion which affects a hearing or proceeding on the court's calendar must be
23 filed no later than 10 days before the scheduled event.
24 As set forth in the Declaration of Counsel for Plaintiff attached hereto, there are exigent
25 circumstances to shorten time. The gravamen of Plaintiff's action is that for injunction, and not
26 damages. Plaintiff contends that its motion to remand has merit and if granted would relieve
27 Plaintiff of prosecuting the injunction in Federal Court. With Defendant removing this matter to
28 Federal District Court, the time period in which the temporary restraining order remains in effect

1   is also affected. More significantly, the Court's granting or denying of the motion to remand will
2   certainly have an effect on the timing of the preliminary injunction hearing since if the Court
3   grants the motion to remand, it will be the Superior Court of San Mateo County that will
4   ultimately hear the matter, as opposed to the Federal District Court. It will also relieve this Court
5   from having to hear this second motion.
6   Since this Court is not scheduling Law and Motion matters on its calendar until
7   September, and since the temporary restraining order issued by the Superior Court now in Federal
8   Court has limited duration, it is important to Plaintiff to have this matter heard on shortened time
9   to determine whether this case will remain in Federal District Court, or be remanded to State
10  Court prior to the injunction hearing. Further, Plaintiff should not have to incur the expense of
11  preparing for two hearings, one of which may necessarily require the presentation of witnesses.

## CONCLUSION

For the above stated reason, it is respectfully requested that this Court shorten time for the hearing on the attached Plaintiff's motion to remand so that said motion can be heard on July 10, 2008 at 2:30 p.m. as set forth in the attached proposed order.

Dated: June 30, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By _____
DOUGLAS W. DAL CIELO
GREGORY M. GENTILE
Attorneys for Plaintiff
NORMAN GILBERT

DOUGLAS W. DAL CIELO (SBN 157109)
GREGORY M. GENTILE (SBN 142424)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone:   (408) 287-6262
Facsimile:    (408) 918-4501
ddalcielo@rmkb.com
ggentile@rmkb.com

Attorneys for Plaintiff
NORMAN GILBERT

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

| | |
|---|---|
| NORMAN GILBERT,<br><br>   Plaintiff,<br><br>v.<br><br>FASTSIGNS INTERNATIONAL, INC. and DOES 1-20, inclusive,<br><br>   Defendants. | CASE NO. 3:08-CV-03043-VRW<br><br>**DECLARATION OF GREGORY M. GENTILE IN SUPPORT OF PLAINTIFF NORMAN GILBERT'S MOTION TO SHORTEN TIME FOR HEARING OF MOTION TO REMAND** |

I, Gregory M. Gentile, declare:

1. I am one of the attorneys of record for Plaintiff and Moving Party NORMAN GILBERT ("Plaintiff" or "GILBERT"). I am submitting this Declaration in support of GILBERT's motion to shorten time for the hearing of a motion to remand, requesting that the Court set said hearing on its July 10, 2008 law and motion calendar. I have conferred with Defendant's counsel who has confirmed he is available on this date.

2. The following facts herein justify this Court setting this matter on shortened time.

3. On June 11, 2008, GILBERT filed an action in the San Mateo County Superior Court in order to obtain an injunction against FASTSIGNS INTERNATIONAL, INC., the Defendant in this matter.

4. On the same day, the San Mateo County Superior Court granted GILBERT's application for a temporary restraining order and set a hearing on an order to show cause re

1  preliminary injunction for July 11 in that Court.

2      5.    On June 20, 2008, Defendant removed this matter to Federal District Court
3  claiming diversity jurisdiction.

4      6.    GILBERT's Complaint seeks only injunctive relief and no damages. Plaintiff
5  seeks remand of that action pursuant to 28 U.S.C. §1447(c) on the grounds that the requisite
6  jurisdictional damage amount is not satisfied. The dispute between the parties is governed by a
7  binding arbitration provision in a franchise contract which requires the parties to arbitrate.
8  GILBERT has timely demanded binding arbitration.

9      7.    Since the earliest the Court can hear Plaintiff's motion its normal hearing calendar
10 is September 2008, GILBERT is requesting that this motion shortening time be granted to hear
11 the motion to remand on July 10, 2008.

12     8.    Presently, there is an existing temporary restraining order in favor of Plaintiff and
13 against Defendant. The Court's ruling on the motion to remand will have an effect as to whether
14 this Court will hear the request for injunctive relief. To the extent this Court grants the motion to
15 remand, the hearing on the preliminary injunction will be moot in Federal Court and will be
16 necessarily heard by the San Mateo County Superior Court, once it is remanded. It will relieve
17 this Court of the burden of hearing and deciding this separate motion and will also relieve
18 GILBERT of having to prepare for the presentation of this motion in the Federal Court.

19     9.    Given the time parameters set forth as to the duration of a TRO, there is good
20 cause for this Court to shorten time to hear the motion to remand as soon as convenient for the
21 Court since, should the Court grant the motion to remand, there would be no need for this Court
22 to hear or conduct a preliminary injunction hearing. There would be no reason for this Plaintiff to
23 incur the expense of preparing for and attending a hearing on preliminary injunction in Federal
24 Court. Plaintiff should not have to incur the expense of preparing for two separate motions in the
25 Federal Court if one of those motions renders the other moot by virtue of remand.

26     10.    Notably, the gravemen of Plaintiff's action is that for injunction and not damages
27 and Plaintiff contends that its motion to remand has merit and if granted would relieve Plaintiff of
28 prosecuting its injunction in Federal Court.

RC1/5143763.1/BL1      -2-      Case No. 3:08-CV-03043-VRW

**DECLARATION IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO REMAND**

11. I have spoken with counsel for FASTSIGNS, Jeffrey M. Hamerling of the law firm of DLA Piper, who has advised that he is available on July 10, 2008 for the hearing on the motion for remand. Mr. Hamerling is in concurrence with an order shortening time for a motion to remand, conditioned upon Plaintiff seeking and obtaining an order shortening time for the hearing of the preliminary injunction with a date for that hearing on July 17, 2008 (but not later) if the Court will schedule the hearing. Plaintiff will seek an order shortening time to schedule this hearing for a date following July 10, 2008. Mr. Hamerling and I have discussed a briefing schedule which is set forth in the Proposed Order before this Court should the Court agree to shorten time.

12. There have been no other previous time modifications in this case either by stipulation or Court Order, and in light of the Court's present scheduling order which sets forth a September 4, 2008 deadline to meet and confer regarding initial disclosures, said schedule will not be disrupted.

I declare under penalty of perjury that the foregoing is true and correct and, if called upon as a witness, could competently testify thereto. Executed this 30th day of June 2008, in San Jose, California.

GREGORY M. GENTILE

RC1/5143763.1/BL1 -3- Case No. 3:08-CV-03043-VRW

DECLARATION IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO REMAND

DOUGLAS W. DAL CIELO (SBN 157109)
GREGORY M. GENTILE (SBN 142424)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501
ddalcielo@rmkb.com
ggentile@rmkb.com

Attorneys for Plaintiff
NORMAN GILBERT

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

| | |
|---|---|
| NORMAN GILBERT,<br><br>Plaintiff,<br><br>v.<br><br>FASTSIGNS INTERNATIONAL, INC. and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 3:08-CV-03043-VRW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NORMAN GILBERT'S MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO REMAND** |

Plaintiff NORMAN GILBERT's motion to shorten time for the hearing of his motion to remand was submitted to this Court on June 30, 2008.

IT IS HEREBY ORDERED that Plaintiff NORMAN GILBERT's motion to remand be set on the Court's Law and Motion Calendar for July 10, 2008 at 2:30 p.m.

IT IS FURTHER ORDERED that Plaintiff serve Defendant with its moving papers by close of business June 30, 2008. Any written opposition to the motion to remand is to be filed and served by facsimile and/or e-mail no later than 1:00 p.m. July 7, 2008. Any reply to said opposition is to be filed and served by facsimile and/or e-mail by 1:00 p.m. on July 9, 2008.

Dated: _____          _____
                                VAUGHN R. WALKER
                                CHIEF JUDGE OF THE UNITED STATES
                                DISTRICT COURT

RC1/5143607.1/BL1                    -1-                    Case No. 3:08-CV-03043-VRW