1  DOUGLAS W. DAL CIELO (SBN 157109)
   GREGORY M. GENTILE (SBN 142424)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   50 West San Fernando Street, Suite 1400
3  San Jose, CA 95113
   Telephone:  (408) 287-6262
4  Facsimile:  (408) 918-4501
   ddalcielo@rmkb.com
5  ggentile@rmkb.com

6  Attorneys for Plaintiff
   NORMAN GILBERT
7

8              UNITED STATES DISTRICT COURT

9         CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

10

11 NORMAN GILBERT,              CASE NO. 3:08-CV-03043-VRW

12           Plaintiff,          [PROPOSED] ORDER GRANTING
                                 PLAINTIFF NORMAN GILBERT'S
13      v.                       MOTION TO SHORTEN TIME FOR
                                 HEARING ON MOTION TO REMAND
14 FASTSIGNS INTERNATIONAL, INC.
   and DOES 1-20, inclusive,
15
             Defendants.
16

17      Plaintiff NORMAN GILBERT's motion to shorten time for the hearing of his motion to

18 remand was submitted to this Court on June 30, 2008.

19      IT IS HEREBY ORDERED that Plaintiff NORMAN GILBERT's motion to remand be

20 set on the Court's Law and Motion Calendar for July 10, 2008 at 2:30 p.m.

21      IT IS FURTHER ORDERED that Plaintiff serve Defendant with its moving papers by

22 close of business June 30, 2008. Any written opposition to the motion to remand is to be filed

23 and served by facsimile and/or e-mail no later than 1:00 p.m. July 7, 2008. Any reply to said

24 opposition is to be filed and served by facsimile and/or e-mail by 1:00 p.m. on July 9, 2008.

25

26 Dated: June 30, 2008
                                              _____
27 cora_delfin-klein@cand.uscourts.gov        VAUGHN R. WALKER
                                              CHIEF JUDGE, UNITED STATES
28                                            DISTRICT COURT

RC1/5143607.1/BL1                -1-                    Case No. 3:08-CV-03043-VRW
[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME ON HEARING FOR MOTION TO REMAND