1  DOUGLAS W. DAL CIELO (SBN 157109)
   GREGORY M. GENTILE (SBN 142424)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   50 West San Fernando Street, Suite 1400
3  San Jose, CA 95113
   Telephone:  (408) 287-6262
4  Facsimile:  (408) 918-4501
   ddalcielo@rmkb.com
5  ggentile@rmkb.com

6  Attorneys for Plaintiff
   NORMAN GILBERT

7

8              UNITED STATES DISTRICT COURT

9         CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

10

11 NORMAN GILBERT,                      CASE NO. 3:08-CV-03043-VRW

12         Plaintiff,                   OBJECTIONS TO THE DECLARATION OF
                                        LARRY LANE SUBMITTED BY
13    v.                                DEFENDANT FASTSIGNS
                                        INTERNATIONAL, INC. IN OPPOSITION
14 FASTSIGNS INTERNATIONAL, INC.        TO PLAINTIFF'S MOTION TO REMAND
   and DOES 1-20, inclusive,
15                                      [28 U.S.C. §1447(c)]
           Defendants.
16                                      Date:   July 10, 2008
                                        Time:   2:30 p.m.
17                                      Judge:  Hon. Vaughn R. Walker

18

19     Plaintiff NORMAN GILBERT ("Plaintiff") hereby objects to the following evidence

20 offered in the Declaration of Larry Lane:

| PARAGRAPH: | OBJECTION: |
|---|---|
| 9. FII electronically keeps track of information concerning historical resale prices of franchises sold by its franchisees, and concerning the relationship of such resale prices to the selling franchisees' historical sales history. Attached hereto as Exhibit B is a true and correct copy of a spreadsheet | Irrelevant and lacks foundation.<br><br><br><br><br><br>Exhibit B is irrelevant, lacks foundation and is hearsay. |

| | |
|---|---|
| developed from this electronic data which presents accurate information concerning resales of California franchises from 1999 to the present. Among other information shown on the attached spreadsheet is the percentage relationship of the resale price of the franchise to the gross sales made by the franchisee in the twelve-month period preceding the sales of the franchise. | |
| 10. From 1999 through 2008, nineteen franchisees under Franchise Agreements with FII located in California sold their franchises. Of these franchises, all but four sold for more than $75,000. One franchise sold for $75,000. The three franchises whose prices were less than $75,000 were all sold at distress sales and had a history of sales in the twelve month period preceding the sale of the franchise of less than $250,000. The store that sold for $75,000 had sales in the immediately preceding twelve months of $161,000. | Irrelevant and lacks foundation. |
| / / / | / / / |
| / / / | / / / |
| / / / | / / / |
| / / / | / / / |
| / / / | / / / |

RC1/5147426.1/GH2         -2-         Case No. 3:08-CV-03043-VRW

Objections to the Declaration of Larry Lane Submitted by Defendant Fastsigns International, Inc. in Opposition to Plaintiff's Motion to Remand

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

| | |
|---|---|
| 11. From 1999 to 2008, all stores located in California with annual sales of $250,000 or more during the twelve month period preceding the sale sold for at least $150,000. | Irrelevant and lacks foundation. |
| 12. Attached hereto as Exhibit C are true copies of two accounts receivable reports showing the monthly sales by Gilbert for the periods January 1, 2007 to December 31, 2007, and January 1, 2008 to June 30, 2008, respectively. Gilbert's reported sales for the period from January 1, 2007 to December 31, 2007 were $637,266.32. Reported sales for 2008 were $526,325.77. The report of sales for May 2008 included one sale for $166,254, which occurred in 2007 but was belatedly reported in May 2008. Certain information not relevant to this motion has been redacted from the attached copies. | Exhibit C is irrelevant, lacks foundation, and is hearsay.<br><br>Irrelevant and lacks foundation. |
| 13. Based on Gilbert's sales experience for the last twelve months, even if Gilbert sold his franchise for 27% of his total sales in the twelve month period preceding July 1, 2008, which is by far the lowest percentage which occurred with respect to a California sale in the period from 1999 to 2008, and even if the full $166,254 were subtracted from the | Irrelevant, speculation and lacks foundation. |

RC1/5147426.1/GH2    -3-    Case No. 3:08-CV-03043-VRW

Objections to the Declaration of Larry Lane Submitted by Defendant Fastsigns International, Inc. in Opposition to Plaintiff's Motion to Remand

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

2008 sales proceeds, it is more likely than not that the franchise would sell for an amount in excess of $150,000 and therefore in excess of $75,000.

DATED: July 9, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By _____
DOUGLAS W. DAL CIELO
GREGORY M. GENTILE
Attorneys for Plaintiff
NORMAN GILBERT

RC1/5147426.1/GH2 -4- Case No. 3:08-CV-03043-VRW

Objections to the Declaration of Larry Lane Submitted by Defendant Fastsigns International, Inc. in Opposition to Plaintiff's Motion to Remand