UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:**   July 10, 2008

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**     Belle Ball

**CASE NO.**  C 08-3043   VRW

**TITLE:**   NORMAN GILBERT v FASTSIGNS INTERNATIONAL INC

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**
Gregory Gentile                                  Jeffrey Hamerling

**PROCEEDINGS:**   1. Plaintiff's Motion to Remand
2.

**RESULTS:**   The Court heard argument from counsel.
The Court denied the motion.
The court set the following schedule:
Opposition on the motion for preliminary injunction: 7/17/08
Reply brief due: 7/24/08.
Hearing is set for : 8/7/2008 at 2:30 PM.