

1  JEFFREY M. HAMERLING (Bar No. 91532)
   ERIN FRAZOR (Bar No. 251324)
2  DLA PIPER US LLP
   153 Townsend Street, Suite 800
3  San Francisco, CA 94107-1957
   Tel: 415.836.2500
4  Fax: 415.836.2501

5  Attorneys for Defendant
   FASTSIGNS INTERNATIONAL, INC.
6

7              IN THE UNITED STATES DISTRICT COURT
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                   SAN FRANCISCO DIVISION
10

11 NORMAN GILBERT,
                                    Case No. CV 08-03043 VRW
12         Plaintiff,
                                    STIPULATION FOR EXTENSION OF
13     v.                           TIME TO RESPOND TO COMPLAINT

14 FASTSIGNS INTERNATIONAL, INC. and
   DOES 1-20, inclusive,
15
           Defendants.
16

17     IT IS HEREBY STIPULATED by and between Plaintiff Norman Gilbert ("Plaintiff") and

18 Defendant FastSigns International, Inc. ("Defendant") that Defendant shall have until and

19 including July 24, 2008 to answer or otherwise respond to Plaintiff's Complaint.

20
   Dated: July 10, 2008              NORMAN GILBERT
21

22
                                     By _____
23                                      GREGORY M. GENTILE
                                        Attorneys for Plaintiff
24                                      NORMAN GILBERT

25
26
27
28
   WEST\21462549.1         -1-
   STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

```
 1   Dated: July 9, 2008                DLA PIPER US LLP
 2
 3                                       By _____
 4                                           JEFFREY M. HAMERLING
                                             ERIN FRAZOR
 5                                           Attorneys for Defendant
                                             FASTSIGNS INTERNATIONAL, INC.
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
     WEST\21462549.1                    -2-
                                  STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
```

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 153 Townsend Street, Suite 800, San Francisco, California 94107-1957. On July 10, 2008, I served the within document(s):

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

in the following manner:

[VIA ELECTRONIC MAIL] by transmitting via electronic mail the foregoing document(s) to the e-mail address(es) set forth below on <u>July 10, 2008</u>.

[PERSONAL SERVICE] I caused the document(s) to be delivered by hand to the person(s) at the address(es) set forth below. I delivered to an authorized courier or driver to be delivered on the same date.

[x] [VIA U.S. MAIL] by placing in a sealed, postage prepaid envelope or package containing a true and correct copy of each document(s) above, in DLA Piper US LLP's mail room for collection, processing and delivery this same day to the United States Postal Service. I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

[FACSIMILE]: I caused the document to be transmitted by facsimile machine (415) 836-2501 on <u>July 10, 2008</u>. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 836-2501, which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party in this action by placing a true and correct copy thereof enclosed in sealed envelope addressed to the parties listed below.

upon the following person(s):

**Gregory M. Gentile, Esq.**
**Ropers Majeski Kohn Bentley**
**50 W. San Fernando Street, Suite 1400**
**San Jose, CA 95113**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 10, 2008 at San Francisco, California.

*Sonja Simmons*

WEST\21451351.1