

DOUGLAS W. DAL CIELO (SBN 157109)
GREGORY M. GENTILE (SBN 142424)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA  95113
Telephone:    (408) 287-6262
Facsimile:    (408) 918-4501
ddalcielo@rmkb.com
ggentile@rmkb.com

Attorneys for Plaintiff
NORMAN GILBERT

# UNITED STATES DISTRICT COURT

## CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

| | |
|---|---|
| NORMAN GILBERT,<br><br>  Plaintiff,<br><br>  v.<br><br>FASTSIGNS INTERNATIONAL INC.<br>and DOES 1-20, inclusive,<br><br>  Defendants.<br>_____<br><br>FASTSIGNS INTERNATIONAL, INC., a<br>Texas corporation<br><br>  Counterclaimant,<br><br>  v.<br><br>NORMAN GILBERT,<br><br>  Counterdefendant | CASE NO.  3:08-CV-03043-VRW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM** |

IT IS HEREBY STIPULATED by and between Plaintiff/Counterdefendant NORMAN

GILBERT ("Plaintiff/Counterdefendant") and Defendant/Counterclaimant FASTSIGNS

INTERNATIONAL, INC. ("Defendant/Counterclaimant") that Plaintiff/Counterdefendant shall

/ / /

/ / /

/ / /

RC1/5159763.1/BL1

1

Case No. 3:08-CV-03043-VRW

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1    have until and including August 27, 2008 to answer or otherwise respond to Defendant/Cross-

2    Complainant's Counterclaim.

3    DATED:  August __1__, 2008          ROPERS, MAJESKI, KOHN & BENTLEY

4

5                                        By: _____

6                                            DOUGLAS W. DAL CIELO
                                             GREGORY M. GENTILE
7                                            Attorneys for Plaintiff/Counterdefendant
                                             NORMAN GILBERT

8    DATED:  August __1__, 2008          DLA PIPER US LLP

9

10                                       By: _____/s/_____

11                                           JEFFREY M. HAMERLING
                                             Attorneys for Defendant/ Counterclaimant
12                                           FASTSIGNS INTERNATIONAL, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RC1/5159763.1/BL1                        2                          Case No. 3:08-CV-03043-VRW

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM**

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose