1  JEFFREY M. HAMERLING (Bar No. 91532)
   ERIN FRAZOR (Bar No. 251324)
2  DLA PIPER US LLP
   153 Townsend Street, Suite 800
3  San Francisco, CA  94107-1957
   Tel:  415.836.2500
4  Fax:  415.836.2501

5  Attorneys for Defendant
   FASTSIGNS INTERNATIONAL, INC.
6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

| | |
|---|---|
| NORMAN GILBERT,<br><br>           Plaintiff,<br><br>    v.<br><br>FASTSIGNS INTERNATIONAL, INC. and DOES 1-20, inclusive,<br><br>           Defendants. | Case No. CV 08-03043 VRW<br><br>**[PROPOSED] JUDGMENT PURSUANT TO STIPULATION** |
| FASTSIGNS INTERNATIONAL, INC., a Texas corporation,<br><br>           Counterclaimant,<br><br>    v.<br><br>NORMAN GILBERT,<br><br>           Counterdefendant. | |

DLA PIPER US LLP
LOS ANGELES

WEST\21487554.1

Pursuant to the stipulation of the parties and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is granted for FASTSIGNS INTERNATIONAL, INC. ("FII") on its counterclaim for declaratory relief. Norman Gilbert's Franchise Agreement with FII was legally terminated by FII. Gilbert may, however, continue to use the FII Marks and operate the Store provisionally pursuant to the Stipulation for Entry of Judgment, which is incorporated herein as part of this Judgment. All other claims and counterclaims are dismissed. The Court shall retain jurisdiction to enforce the terms of the Stipulation to and until June 30, 2009. Each party shall bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

Dated: _____    _____
UNITED STATES DISTRICT COURT
JUDGE

*Approved as to form:*

By: _____
Douglas DalCielo
Attorneys for Plaintiff,
NORMAN GILBERT and Mid-Peninsula Marquee Inc.

Dated: 8/7, 2008