IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN GILBERT, | No. C 08-3043 VRW |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| FASTSIGN INTERNATIONAL, INC., | |
| Defendant. / | |

YOU ARE NOTIFIED THAT in light of the Parties' filing of stipulation for entry of judgment in this case, the hearing scheduled today, August 7, 2008 at 2:30 p.m. is hereby vacated.

Dated: August 7, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*

Courtroom Deputy Clerk to Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov